HAROLD RIVERS AND LONNIE BOATRIGHT, *Plaintiffs in Error,*
v. THE STATE OF FLORIDA, *Defendant in Error.*

Division B.

Decision Filed January 28, 1928.

*W. K. Zewadski, Jr.,* and *Wm. C. Pierce,* for Plaintiffs in
Error;

*Fred H. Davis,* Attorney General, and *H. E. Carter,*
Assistant, for the State.

PER CURIAM.—This cause having heretofore been sub-
mitted to the Court upon the transcript of the record of
the judgment herein, and briefs and argument of counsel
for the respective parties, and the record having been seen
and inspected, and the Court being now advised of its
judgment to be given in the premises, it seems to the Court
that there is no error in the said judgment; it is, therefore,
considered, ordered and adjudged by the Court that the
said judgment of the Criminal Court of Record be, and
the same is hereby, affirmed.

WHITFIELD, P. J., AND TERRELL AND BUFORD, J. J.,
concur.